JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-0754 AG (JCGx) | Date | June 20, 2014 |
|---|---|---|---|
| Title | AURELIA M. TECAU v. SUNBRIDGE HALLMARK HEALTH SERVICES, INC., a Delaware corporation, d/b/a TUSCANA CENTER, and f/k/a PARK WEST CARE AND REHABILITATION CENTER, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** [IN CHAMBERS] ORDER DISCHARGING ORDER TO SHOW CAUSE; REMANDING CASE

On June 3, 2014, the Court issued an Order to Show Cause why this action should not be remanded to state court, citing concerns about unanimous consent. In Boeing Company Master Welfare Plan's response, it stated that "Boeing does not oppose remand of the federal ERISA claim to state court." (Dkt. No. 12 at 3:22-23.) Defendant and cross-complainant Aurelia Tecau replied to Boeing's response, stating that "[s]he advocates for a remand." (Dkt. No. 13 at 2:9.)

Federal courts guard their jurisdiction "jealously." *RDF Media Ltd. v. Fox Broad. Co.*, 372 F. Supp. 2d 556, 560 (C.D. Cal. 2005). To protect the jurisdiction of state courts, removal jurisdiction should be strictly construed in favor of remand. *Harris v. Bankers Life and Cas. Co.*, 425 F.3d 689, 698 (9th Cir. 2005) (citing *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 108-09 (1941)). "Federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance." *Gaus*, 980 F.2d at 566.

Given the Court's doubt as to the right of removal in the first instance, and especially since the parties do not oppose remand to state court, this case is REMANDED to the

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 14-0754 AG (JCGx) | Date | June 20, 2014 |
|---|---|---|---|
| Title | AURELIA M. TECAU v. SUNBRIDGE HALLMARK HEALTH SERVICES, INC., a Delaware corporation, d/b/a TUSCANA CENTER, and f/k/a PARK WEST CARE AND REHABILITATION CENTER, et al. | | |

appropriate state court. The Order to Show Cause is DISCHARGED.

: 0

Initials of Preparer